ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00132-JLT-SAB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING |
| SUSANNA GARCIA. | |
| Defendant. | |

**STIPULATION**

1.     By previous order, this matter was set for a sentencing on August 10, 2026.

2.     By this stipulation, the parties now move to continue the sentencing hearing to September 21, 2026.  The parties need additional time to prepare for sentencing.

Dated: June 25, 2026                                   Respectfully submitted,

                                                                        ERIC GRANT
                                                                        United States Attorney

                                            By      */s/ Antonio J. Pataca*
                                                                        ROBERT L. VENEMAN-HUGHES
                                                                        ANTONIO J. PATACA
                                                                        LUKE B. BATY
                                                                        Assistant United States Attorneys

Stipulation                                                   1

Dated: June 25, 2026

By:   */s/ Patrick Aguirre*
PATRICK AGUIRRE
Attorney for Defendant

ORDER

Based upon the stipulation of the parties, the Court **ORDERS** that the sentencing hearing set for August 10, 2026, is continued to September 21, 2026.

IT IS SO ORDERED.

Dated:   **June 25, 2026**

UNITED STATES DISTRICT JUDGE

Stipulation

2