ERIC GRANT
United States Attorney
ANTONIO J. PATACA
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUSANNA GARCIA,<br>Defendant. | CASE NO. 1:25-CR-00132 JLT<br><br><u>UNITED STATES' SENTENCING MEMORANDUM</u> |

Susanna Garcia assisted Bulldog gang members with smuggling drugs into the Fresno County Jail. For this conduct, the United States recommends a sentence of 30 months imprisonment.

In February 2024, members of the Multi-Agency Gang Enforcement Consortium (MAGEC) began an investigation into the Bulldog criminal street gang, specifically the Bulldog cliques of Huron Dog Life, Coalinga Dog Life, and San Joaquin Ruthless Perros. These cliques were led by Ignacio Sanchez, an inmate within the CDCR. Sanchez directed narcotics trafficking from inside the Fresno County Jail and Salinas Valley State Prison, using a broad network of associates and family members to support his drug business.

Garcia was a facilitator, and in a jail smuggling operation that is not a small thing. Sanchez could give instructions from a cell, but he could not buy anything, package anything, or carry anything through a jail door. Every link in that chain had to be someone on the outside who agreed to do it. Garcia was one of those links.

The government's recommendation accounts for the mitigating circumstances in this case. Garcia has struggled with substance abuse for years, and that dependency is the most likely explanation for how she ended up useful to people like Sanchez. Her childhood was difficult, and she has lived in poverty. None of that excuses the offense, but it explains a good deal about how she got here, and it distinguishes her from the gang members who recruited her.

Thirty months reflects both sides of this. It takes seriously that Garcia helped put narcotics inside a custodial facility on behalf of a criminal street gang. It also recognizes that she was not a leader, did not direct anyone, and came to this offense carrying addiction and a history she did not choose. A sentence of 30 months is sufficient but not greater than necessary under 18 U.S.C. § 3553(a).

DATED: September 15, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ Antonio J. Pataca
ANTONIO J. PATACA
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys